# THE SUPREME COURT of the STATE OF MICHIGAN

I, Corbin R. Davis, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Geoffrey Nels Fieger*

was admitted to the practice of law in the courts of the State of Michigan on

*November 15, 1979*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: February 17, 2009

_____
Deputy Clerk

# State Bar of Michigan

## Certificate of Good Standing

This certifies that Geoffrey N. Fieger, P30441 of Southfield, Michigan is an active member of the State Bar of Michigan in good standing.

He/she was admitted to practice in Michigan on November 15, 1979 in Wayne County and became a member of the State Bar of Michigan on November 15, 1979.



Janet K. Welch, Executive Director
March 04, 2009





# The Florida Bar

JOHN F. HARKNESS, JR.  
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET  
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600  
WWW.FLORIDABAR.ORG

State of Florida      )

County of Leon       )

In Re:   297305  
Geoffrey Nels Fieger  
19390 W. 10 Ten Mile Rd.  
Southfield, MI

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on May 19, 1980.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 12TH day of January, 2010.

Willie Mae Shepherd  
Supervisor, Membership Records  
The Florida Bar

WMS/KLTu1:R10