UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

SGT. JEFFREY S. SARVER,

      Plaintiff,

v

THE HURT LOCKER, LLC, MARK BOAL,
KATHRYN BIGELOW, GREG SHAPIRO,
NICOLAS CHARTIER, TONY MARK, DONALL
McCUSKER, SUMMIT ENTERTAINMENT,
LLC, VOLTAGE PICTURES, LLC,
GROSVENOR PARK MEDIA, LP, FIRST LIGHT
PRODUCTIONS, INC., KINGSGATE FILMS,
INC., and PLAYBOY ENTERPRISES, INC.,
Jointly and Severally,

      Defendants.

DOCKET NO.:
2:10-cv-01076-DMC-MF

---

## ORDER

This matter having been heard by the court in the presence of the attorneys for the respective parties, upon the application of Linda George, Attorney at Law and the Plaintiff, SGT. JEFFREY SARVER, for an order admitting Geoffrey N. Fieger *pro hac vice* to appear and participate as attorney for the said plaintiffs in the within action and it appearing from the certification of attorney Linda George, that Geoffrey N. Fieger is in compliance with Local Rule 101.1(c) for admission to the bar of this court *pro hac vice*;

It is on this _____ day of March , 2010;

ORDERED that Geoffrey N. Fieger, Attorney at Law be admitted *pro hac vice* to appear and participate as attorney for the above-named plaintiffs in the within action.

                                                                                     U.S.D.J.