UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

SGT. JEFFREY S. SARVER,　　　　　　　)
　　　　　　　　　　　　　　　　　　　)　Case No.: 2:10-cv-01076 DMC-MF
　　　Plaintiff,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
v　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
THE HURT LOCKER, et al.　　　　　　　 )
　　　　　　　　　　　　　　　　　　　)
　　　Defendants.　　　　　　　　　　　)

### REQUEST BY LOCAL COUNSEL FOR
### PRO HAC VICE ATTORNEY
### TO RECEIVE ELECTRONIC NOTIFICATION

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within mater, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

_____
Linda George
Local Counsel for Plaintiff

PRO HAC VICE ATTORNEY INFORMATION:

Name:　　　Todd J. Weglarz
Address:　 19390 West Ten Mile Road
　　　　　　Southfield, MI 48075
　　　　　　(248) 355-5555

e-mail:　　 t.weglarz@fiegerlaw.com

1