# FIEGER, FIEGER, KENNEY, JOHNSON & GIROUX
### A PROFESSIONAL CORPORATION

BERNARD J. FIEGER (1922-1988)
MI AND NY BAR

GEOFFREY NELS FIEGER
MI AND FL BAR
DIRECT DIAL (248) 355-9022

JEREMIAH JOSEPH KENNEY
MI AND OH BAR    (1949-2005)

VEN R. JOHNSON
MI, NY AND WASHINGTON D.C. BAR
DIRECT DIAL (248) 355-9544

ROBERT M. GIROUX
MI BAR
DIRECT DIAL (248) 355-5933

ATTORNEYS AND COUNSELORS AT LAW SINCE 1950
19390 WEST TEN MILE ROAD
SOUTHFIELD, MICHIGAN 48075-2463
TELEPHONE (248) 355-5555
FAX (248) 355-5148
WEBSITE: www.fiegerlaw.com
e-mail: info@fiegerlaw.com

TODD J. WEGLARZ
REBECCA S. WALSH
WILLIAM J. MCHENRY
ARNOLD J. MATUSZ
PAUL W. BROSCHAY
JEFFREY A. DANZIG
JAMES J. HARRINGTON, IV
THOMAS M. LIZZA
HELEN K. JOYNER
LEON J. WEISS
MI AND FL BAR
GREGORY W. WIX
MI AND CA BAR

*Appellate Department*
VICTOR S. VALENTI
HEATHER A. JEFFERSON
MICHAEL R. DEZSI

*Of Counsel*
BARRY FAYNE
JACK BEAM

June 22, 2010

Clerk to the Honorable
Dennis M. Cavanaugh
Martin Luther King, Jr. Building
Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom P0 04
Newark, NJ 07101

    RE:    ***Sgt. Jeffrey S. Sarver v. The Hurt Locker, et al***
            Civil Action No. 10-1076 (DMC)(MF)
            Our File No.: 11128

Dear Clerk:

        By and through counsel, and pursuant to D. N.J. L.R. 7.1(d)(5), Plaintiff Sgt. Jeffrey S. Sarver files the instant notice to adjourn Defendants Playboy Enterprises, the Hurt Locker, LLC., Nicolas Chartier, and Voltage Pictures' Notice of Motion to Dismiss which is currently scheduled for July 6, 2010. Pursuant to local rule, Plaintiff hereby re-notices Defendants' motions to dismiss to be heard on July 19, 2010.

        Thank you for your courtesy in this regard.

                              Very truly yours,

*/s/ Todd Weglarz*
Todd J. Weglarz
Fieger, Fieger, Kenney, Johnson
& Giroux, P. C.
Counsel for Plaintiff
19390 W. Ten Mile Road
Southfield, MI 48075-2463
(248)355-5555

*/s/ Linda George*
Linda George
Local Counsel for Plaintiff
Attorney at Law
577 Summit Avenue
Hackensack, New Jersey 07601
(201) 487-5225